IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNIE LEE THUMS,

    Petitioner,

v.

WARDEN MICHAEL DITTMAN,

    Respondent.

ORDER

Case No. 16-cv-861-wmc

Petitioner Ronnie Lee Thums seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 25, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately June 22, 2016 through the date of the petition, December 22, 2016.

ORDER

IT IS ORDERED that:

    1. Petitioner Ronnie Lee Thums may have until January 25, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before January 25, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 3rd day of January, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge