IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNIE LEE THUMS,

    Petitioner,

  v.

LARRY FUCHS, Warden,
Columbia Correctional Institution,

    Respondent.

Case No.  16-cv-861-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 10/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |