UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA )
)
v. )  Case No." 2:12-cv-00861
)
RONNIE L. THUMS )

## NOTICE OF APPEAL

### AND MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR C.O.A.

Mr. Thums 381472 pro se gives 'Notice of Appeal' from the above captioned Court's Judgement issues on Oct., 20, 2020.

X _Ronnie L. Thums_

---

Mr. Thums pro se respectfully moves this Honorable Court to grant a 30 day extgension of time beyond the Nov. 19, 2020 original deadline for filing Notice of Appeal; for Thums to file his 'Motion For Certificate of Appealibility for reasons below:
1) Thums is currently held in a Maximum Security Prison that has indefinately suspended library priveleges.
2) This is Mr. Thums's first request for an enlargement of time.
3) Mr. Thums is stuck between indegency, and affording a proper attorney, and was denied an attorney on 2254 Pet.
4) Mr. Thums is unlettered in the law and will need extra time because of the complexity of the case and as D.O.J. has itself said: "XXXX "Voluminous Files, and Issues."

Wherefore Mr. Thums moves this Honorable Court to grant this motion enlarging the deadline to file motion for 'Certific of Appealability' to 30 days beyond the date of Nov.19, 2020.

Respectfull submitted on the 31st day of Oct. 2020.

_Ronnie L. Thums_

Ronnie L. Thums 381472
CCI P O Box 900
Portage, WI 53901