U.S. District Ct
Western Dist. WL-                    7-18-21
16-CV 861 wmc

Ronnie L Thums

v

Larry Fuchs, /
Susan Novak/

2021 JUL 26 AM 9:54

## NOTICE OF Appeal

It has only recently came to my
attention ~~that~~ because of Rules for
U.S. Supreme Ct sent to me by U.S
Supreme ct Clerk that I may have
need to give a 2nd notice of appeal
because of The Late Fed Dist. Ct order
by Conley of March 23, 2021, ~~so~~ to be
heard at the U.S. Supreme Ct on That
matter, So Thums requests this ct
construe this motion as such notice of
appeal with intent to procede to U.S.S.Ct.
Dated this July 18th 2021. placed in
enstitution Mailbox for first class mailing.

Ronnie Thums

381472   Ronnie Thums pro se

CC File                    POB 900

Fed Dist Clerk W.W.        Portage WI. 53901